## JORDAN v. STATE.
### No. 14406.

Court of Criminal Appeals of Texas.
May 27, 1931.

T. B. Bartlett, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for forgery, punishment being confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.